1  MICHAEL COSENTINO, ESQ., State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

**FILED**

JUL - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SLM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 08 3259

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEPHEN P. BOOTH,

Defendant(s).

Case No.

COMPLAINT
(Student Loan\Debt Collection Case)

Plaintiff, through its attorney, alleges:

1. <u>Jurisdiction:</u>  The Court has jurisdiction of this action under 28 U.S.C. Section 1345.

2. Defendant resides in the Northern District of California.

**FIRST CAUSE OF ACTION**

3. Defendant owes plaintiff $4,861.05, plus additional interest and costs according to the Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit A.

**SECOND CAUSE OF ACTION**

4. Defendant owes plaintiff $16,522.96, plus additional interest and costs according to the Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit B.

**THIRD CAUSE OF ACTION**

5. Defendant owes plaintiff $54.67, plus additional interest and costs according to the Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit C.

WHEREFORE, plaintiff demands judgment against defendant for the sum of $21,438.68, additional interest to the date of judgment, attorney's fees in the amount of 33% of the debt, and court costs.

Date: June 26, 2008

LAW OFFICE OF MICHAEL COSENTINO
By: MICHAEL COSENTINO
Attorney for the Plaintiff
United States of America

U.S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Name: Stephen P. Booth

Address: 2618 Sacramento St Apt B
San Francisco, CA 94115
SSN No          7443

Total debt due United States as of 9/18/97: $12,100.91

I certify that U.S. Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $4,861.05 from 9/18/97 at the annual rate of 10%. Interest accrues on the principal amount of this debt at the rate of $1.33 per day.

The claim arose in connection with a Government insured or guaranteed loan made by a private lender assigned to the United States.

On 8/19/83, 11/11/83, 2/21/84, 11/20/84, 5/20/85, 11/18/85 & 5/16/86 the debtor executed promissory notes(s) to secure loan(s) from Hastings College of the Law under loan guaranty programs authorized under Title IV-E of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087 et.seq (34 C.F.R. part 674). The holder demanded payment according to the terms of the note(s) and on 2/2/88 the debtor defaulted on the obligation.

After application of the last voluntary payment of $0.00 which was received on N/A the debtor now owes the following:

Principal:                          $4,861.05
Interest:                           $4,523.15
Administrative/Collection Costs:    $0.00
Penalties:                          $2,716.71

CERTIFICATION: Pursuant to 28 USC Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

10/9/97                    P. Ungaro
Date                       Loan Analyst
                           Litigation Branch

EXHIBIT A

U.S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Name: Stephen P. Booth

Address: 2618 Sacramento St Apt B
San Francisco, CA 94115
SSN No.            7443

Total debt due United States as of 9/18/97:   $28,063.84

I certify that U.S. Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $16,522.96 from 9/18/97 at the annual rate of 9.00%. Interest accrues on the principal amount of this debt at the rate of $4.07 per day.

The claim arose in connection with a Government insured or guaranteed loan made by a private lender and assigned to the United States.

On 11/19/82, 10/23/83, 8/19/84 & 8/20/85 the debtor executed promissory note(s) to secure loan(s) from Citibank (New York State), N.A., Fairport, NY & Citibank (N.Y.S.) N.A., Rochester, NY under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et.seq (34 C.F.R. part 682). The holder demanded payment according to the terms of the note(s) and on 10/21/87 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note(s) the holder(s) capitalized interest accrued to the original lender in the amount of $1,370.17, thereby increasing the principal balance due to $16,522.96.

After application of the last voluntary payment of $0.00 which was received on N/A the debtor now owes the following:

Principal:                            $16,522.96
Interest:                             $11,540.88
Administrative/Collection Costs:      $0.00
Penalties:                            $0.00

CERTIFICATION: Pursuant to 28 USC Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

_10/9/97_                    _P. Unparo_
Date                         Loan Analyst
                             Litigation Branch

EXHIBIT B

U.S. DEPARTMENT OF EDUCAT
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Name: Stephen P. Booth

Address: 2618 Sacramento St Apt B
San Francisco, CA 94115
SSN No:          7443

Total debt due United States as of 9/18/97:   $110.15

I certify that U.S. Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $54.67 from 9/18/97 at the annual rate of 12.00%. Interest accrues on the principal amount of this debt at the rate of $0.02 per day.

The claim arose in connection with a Government insured or guaranteed loan made by a private lender and assigned to the United States.

On 2/4/86 the debtor executed promissory note(s) to secure loan(s) from 1st American Bank NA, Washington, DC under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et.seq (34 C.F.R. part 682). The holder demanded payment according to the terms of the note(s) and on 6/19/87 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note(s) the holder(s) capitalized interest accrued to the original lender in the amount of $309.01, thereby increasing the principal balance due to $54.67.

After application of the last voluntary payment of $0.00 which was received on N/A the debtor now owes the following:

Principal:                              $54.67
Interest:                               $48.73
Administrative/Collection Costs:        $6.75
Penalties:                              $0.00

CERTIFICATION: Pursuant to 28 USC Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

_10/9/97_          _P. Ungaro_
Date               Loan Analyst
                   Litigation Branch

**EXHIBIT C**